JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG A. TURREY,<br>Petitioner<br>v.<br>D. BORDERS (WARDEN),<br>Respondent. | Case No. EDCV 17-2210-CAS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; and Denying Certificate Of Appealability,

IT IS ADJUDGED THAT the this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATE: November 7, 2017

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE